IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH L. RIVERS,
    Plaintiff,

vs.            CASE NO.: 3:05cv412/MCR/MD

JAMES V. CROSBY, et al.,
    Defendants.
                                /

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 19, 2006. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The plaintiff's claims are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)[1] for plaintiff's failure to state a claim and the clerk is directed to close the file.

    DONE AND ORDERED this 8th day of August, 2006.

                                *s/ M. Casey Rodgers*
                                **M. CASEY RODGERS**
                                **UNITED STATES DISTRICT JUDGE**

---

[1] "A claim that fails to allege the requisite exhaustion of administrative remedies is tantamount to one that fails to state a claim upon which relief may be granted." Rivera v. *Allin*, 144 F.3d 719, 731 (11th Cir. 1998) (citation omitted).